No. 84–312. DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT v. NAACP LEGAL DEFENSE AND EDUCATIONAL

FUND, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 929.] Motion of respondents to file appendix that does not comply with the Rules of this Court denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant this motion. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*